BLANKENSHIP v. STATE. (8 Div. 6.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Morgan County; Robert C. Brickell, Judge.

BRICKEN, P. J. Appeal dismissed.

(94 South. 923)

BOLTON v. STATE. (5 Div. 409.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Coosa County; W. L. Longshore, Judge.

SAMFORD, J. Appeal dismissed.

(96 South. 940)

BOUTCHER v. STATE. (8 Div. 55.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court,. Morgan County; Osceola Kyle, Judge. .

SAMFORD, J. Appeal dismissed.

(98 South. 921)

BRADLEY v. STATE. (7 Div. 873.) (Court of Appeals of Alabama. July 10, 1923. Rehearing Denied Oct. 30, 1923. Rehearing 'en Banc Granted Feb. 5, 1924.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. William Arch Bradley was convicted of manufacturing prohibited liquors, and appeals. Reversed and remanded. C. A. Wolfes, of Ft. Payne, for appellant. A defendant, charged with a felony, may not be convicted on the uncorroborated testimony of an accomplice. Wallis v. State, 18 Ala. App. 108, 90 South. 35; 16 C. J. 704; Marler v. State, 67 Ala. 55, 42 Am. Rep. 95; Harwell G. Davis, Atty. Gen., for the State. No brief reached the Reporter.

SAMFORD, J. The only question involved in this appeal is whether there is sufficient evidence to support the verdict of the jury. After considering the testimony, we are of the opinion that the testimony of the witness Harcrew, who was an accomplice in the crime, and who testified to the defendant's participation in the offense charged, was not sufficiently corroborated by· facts and circumstances to authorize a conviction on his evidence. For this error, the judgment is reversed, and the cause is remanded. Reversed and remanded.

On Rehearing.

The evidence in this case has been again considered en banc. The former opinion is withdrawn. Rehearing granted. Application granted. Reversed and remanded.

(99 South. 924)

Tom BRASHER v. STATE. (7 Div. 957.) (Court of Appeals of Alabama. April 8, 1924.) Appeal from Circuit Court, Shelby County; W. M. Lackey, Judge. L. H. Ellis, of Columbiana, for appellant. Harwell ,G. Davis. Atty.. Gen.. for the State.

BRICKEN, P. J. We gather from the record that this appellant, a white man, 78 years of age, was indicted, tried, and convicted of the offense of distilling and of unlawfully being in possession of a still to be used for the pur-pose of manufacturing prohibited liquors or beverages. ' It appears that he was attended by counsel upon the trial of this case in the. lower court, but nowhere does it appear that any ruling of the court during the progress of this trial was invoked, nor was there any exception reserved. No special written charges were requested nor was there a motion for a new trial made.· The record proper being regular in all respects, and no question presented for the consideration of this court, it necessarily follows that the judgment appealed from must stand affirmed.⁻ Affirmed.

(99 South. 925)

Levi BRASWELL v. STATE. (4 Div.·922.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. McDowell & McDowell, of Eufaula, for appellant. Harwell G., Davis, Atty. Gen., for the State.

BRICKEN, P. J. An indictment charging the defendant with using abusive, insulting, or obscene language in the presence or hearing of a woman was preferred by the grand jury at the fall term, 1922, of the circuit court. He was tried and convicted, and, upon failure to pay the fine of $100 assessed by the jury was duly sentenced to hard labor for the county. The appeal here is upon the record proper, without a bill of exceptions. No error appearing upon the record, the judgment appealed from is affirmed. Affirmed.

(96 South. 940)

BRAUGHTON v. STATE. (6 Div. 188.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster. Judge.

BRICKEN, P. J. Affirmed
FOSTER, J., not sitting.